**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 08-21997 CIV MORENO/TORRES**

IN RE:

NEIL SCHEIN,
    Plaintiff,

vs.

NCL (BAHAMAS), Ltd., d/b/a
NORWEGIAN CRUISE LINE LIMITED,
A foreign corporation,
    Defendant.
_____/

## MOTION TO ABATE

Comes now the undersigned counsel for the Plaintiff and hereby files her Motion to Abate, and as grounds therefore, state as follows:

1. A Summons & Complaint was served by Plaintiff's counsel on August 5, 2008 and Defendant's Answer and Affirmative Defenses were filed on August 25, 2008.

2. An Order Setting Trial Date and Discovery Schedule was entered by this Court on September 11, 2008. Attached hereto is a copy of the Scheduling Order.

3. Plaintiff's counsel was informed today that the Plaintiff, Neil Schein, passed away on August 28, 2008.

4. Until this the Estate is opened, Plaintiff cannot proceed, and abate is requested until Letters of Testamentary or Letters of Administration can be submitted to the Court.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order abating this action pending the issuance of Letters Testamentary or Letters of Administration and for such other relief as the Court deems appropriate.

Neil Schein v. NCL [BAHAMAS] Ltd., d/b/a Norwegian Line Limited,
a Foreign corporation,
Case No. 08-21997 Civ-Moreno/Torres

Respectfully submitted,

By: ___s/Karen B. Cohen____
KAREN COHEN, ESQ.,
Florida Bar No. 910333
E-Mail:  bkf@ffbllp.com
Law Offices of Karen Cohen, P.L.L.C.
1041 Ives Dairy Road, #236
Miami, FL 33179
Telephone: 305-654-4444
Facsimile:   305-654-4479
Attorney for Plaintiff, NEIL SCHEIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  September 18, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:___s/Karen B. Cohen_____
KAREN COHEN, ESQ.
Florida Bar No. 910333

## SERVICE LIST

**JONATHAN B. ARONSON, ESQ.**
E-Mail:  jaronson@rodriguez-aronson.com
Rodriquez, Aronson, Essington & Ross, P.A
2121 Ponce de Leon Blvd., Suite 730
Coral Gables, FL 33134
Telephone: 305-774-1477
Facsimile:   305-774-1075

2

Neil Schein v. NCL [BAHAMAS] Ltd., d/b/a Norwegian Line Limited,
a Foreign corporation,
Case No. 08-21997 Civ-Moreno/Torres

Attorney for Defendant, NCL (BAHAMAS), Ltd., d/b/a NORWEGIAN CRUISE LINE LIMITED

(Served via CM/ECF Notice of Electronic Filing and via U.S. Mail)

**KAREN COHEN, ESQ.**
Florida Bar No. 910333
E-Mail:  bkf@ffbllp.com
Law Offices of Karen Cohen, P.L.L.C.
1041 Ives Dairy Road, #236
Miami, FL 33179
Telephone: 305-654-4444
Facsimile:   305-654-4479
Attorney for Plaintiff, Neil Schein

(Served via CM/ECF Notice of Electronic Filing and via U.S. Mail)