

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21997-CIV-MORENO

NEIL SCHEIN,

    Plaintiff,

vs.

NORWEGIAN CRUISE LINE LIMITED,

    Defendant.

_____/

## ORDER GRANTING MOTION TO ABATE AND CLOSING CASE FOR STATISTICAL PURPOSES

THIS CAUSE came before the Court upon Plaintiff's Motion to Abate **(D.E. No. 17)**, filed on **September 18, 2008**.

Plaintiff has filed a motion to abate the case due to Plaintiff's death and has requested that the case be abated until such time as Plaintiff's estate is opened. Accordingly, it is

**ADJUDGED** that the motion to abate is GRANTED. It is also

**ADJUDGED** that:

(1)    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(2)    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(3)    This order shall not prejudice the rights of the parties to this litigation.

(4)    Plaintiff SHALL notify the Court by  and every 3 months thereafter of the current

status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record